# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL McCARRIE and JEANE McCARRIE, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 10-531 |
| GCA SERVICES GROUP, INC., et al., | |
| Defendants. | |

## O R D E R

**AND NOW**, this 29th day of April, 2010, upon consideration of Plaintiffs' "Reply to Defendants' Notice of Removal and Request to Remand this Action to the Court of Common Pleas of Philadelphia County Pursuant to 28 U.S.C. §[]1447(c)" (Doc. No. 3) ("Motion to Remand"), and the Responses and Replies thereto, it is hereby **ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**.

It is **FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Exelon Corporation and Exelon Generation Company, LLC (Doc. No. 8) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE